IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:25-CV-00516-M-KS

EXECUTIVE WINGS, INC.,

     Plaintiff,

v.

UIG TRANSPORT, LLC, UTILITY INNOVATION GROUP, LLC, SIDNEY HINTON, ADAM SORENSEN, BENJAMIN SCHNEIDER, and RICHARD BEYER,

     Defendant.

ORDER

This matter arises out of Defendants' decision not to purchase an airplane from Plaintiff, allegedly in breach of the parties' purchase agreement for the aircraft. *See* DE 1. Defendants moved to dismiss the case for lack of subject matter jurisdiction, arguing that because all relevant parties are Delaware Corporations, there is no diversity jurisdiction. DE 16. Pending before the court are that Motion, DE 16, and a Memorandum and Recommendation ("M&R") prepared by United States Magistrate Judge Kimberly A. Swank, in which Judge Swank recommends granting the motion, DE 27.

A magistrate judge's recommendation carries no presumptive weight. The court "may accept, reject, or modify, in whole or in part, the . . . recommendation[ ] . . . receive further evidence or recommit the matter to the magistrate judge with instructions." 28 U.S.C. § 636(b)(1); *accord Mathews v. Weber*, 423 U.S. 261, 271 (1976). The court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.* § 636(b)(1). Absent a specific and timely objection, the court reviews only for "clear

error" and need not give any explanation for adopting the recommendation. *Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005).

Neither party has filed objections to the M&R. Accordingly, the court has reviewed Judge Swank's recommendation for clear error and, finding none, ADOPTS the recommendation as its own. Because the parties were not completely diverse at the time of filing, this court lacks subject-matter jurisdiction under 28 U.S.C. § 1332, Defendant's Motion is GRANTED, and this action is DISMISSED WITHOUT PREJUDICE. The Clerk of Court is directed to close this case.

SO ORDERED this ___3ᵈ___ day of June, 2026.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE

2